UNITED STATES of America,
Appellee,

v.

Charles Lester **DIX**, Appellant.

No. 71-1278.

United States Court of Appeals,
Ninth Circuit.

Nov. 17, 1971.

Charles L. Dix, in pro. per.

Richard K. Burke, U. S. Atty., Stephen M. McNamee, William C. Smitherman, Asst. U. S. Attys., Tucson, Ariz., for appellee.

Before CHAMBERS, KOELSCH, and ELY, Circuit Judges.

PER CURIAM:

The cause is remanded to the District Court for reconsideration in the light of Castro v. United States, 403 U.S. 903, 91 S.Ct. 2215, 29 L.Ed.2d 678, vacating and remanding 436 F.2d 975 (9th Cir. 1971), and Weber v. United States, 402 U.S. 939, 91 S.Ct. 1633, 29 L.Ed.2d 107 (1971), vacating and remanding 429 F.2d 148 (9th Cir. 1970). *See also* United States v. Jones, 447. F.2d 991 (9th Cir. 1971). *Cf.* Quijada Gaxiola v. United States, 435 F.2d 264, 266 (9th Cir. 1970) (concurring opinion).

Reversed and remanded.